FILED 07 JUL '23 10:24 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Eugene_ DIVISION

James Ervin Brown Jr.
_(Enter full name of plaintiff)_

Plaintiff,

v.

Wellpath
Health Service administrator (name unknown)
Nurse (A) (name unknown)
Doctor Gabriel
Cliff Harold Lane County Sheriff
Captain Clint Riley
Various Sheriffs officers (names unknown)
Lane County Adult corrections

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 6:23-CV-00997-AR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☑ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: James Ervin Brown Jr.
Street Address: 101 W. 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**  Name: Wellpath & Health Service Administrator & nurse (name unknown)
Street Address: 101 W 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: ?

**Defendant No. 2**  Name: Doctor Gabriel
Street Address: 101 W. 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: ?

**Defendant No. 3**  Name: Various Sherrifs (names unknown)
Street Address: 101 W. 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: ?

**Defendant No. 4**  Name: Clint Riley & Cliff Harrold
Street Address: 101 W. 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: ?

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

4th, 5th, 8th, 14th amendments, Dr. Patient privacy, medical privacy.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On or about 5-18-23 Wellpath through its representatives the HSA, Dr. Gabriel, and nurse (name unknown) with prior knowledge of the facts committed medical negligence and were deliberately indifferent by removing Mr. Brown from life altering medications "cold turkey" against manufacturers warnings stating that to do so could result in serious harm and or death, based on Mr. Browns confinement which resulted in acute opiod withdrawls causing extreme pain nine days suicide watch, 7 days without the ability to hold food chronic pain and insomnia that continues to this day with no treatments.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 5-18-23 wellpath through its representatives nurse (name unknown) & others violated Mr. Browns right to

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

not self incriminate, his right against illegal search and seizures, and medical privacy by compelling a urine sample from Mr Brown using a program contract at Lane County Sherrifs request and then taking that information to the sherrifs knowing that the sherrifs did not have a legal right to said information without a warrant.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The Lane County Sherrifs in furtherance of an investigation asked Wellpath to UA MAT med participants out the jail because they had a medical contract to provide samples knowing they could not request UA's from inmates without a court order due to 4th & 5th Ammendment protections. This circumvented inmates rights and resulted in inmates Mr Brown specifically being taken off meds that resulted in serious harm...

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

$5,000,000.⁰⁰ (five million Dollars) personal Damages Punitive Damages to be determined by the jury re-issued life altering medications Order training on the rights of detainers on medical issues. Order the administering of MAT meds as soon as people are admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of July, 2023

_(Signature of Plaintiff)_

The Lane County Sherrifs office, The Lane County Adult Corrections, Various officers names unknown, Wellpath The health Services Administrator, Dr. Gabriel, and Nurse (name Unknown) Conspired to violate Mr. Browns Constitutional rights against cruel and unusual punishment, equal protection, medical privacy, Dr. Patient Confidentiality, unlawful and warrantless Searches, and his right to not self incriminate.

On or about 5-18-2023 and the days leading up to it the Lane County Sherrifs began to investigate introduction of contraband into V dorm. After shaking down V dorm the sherrifs office and Lane County Adult Corrections staff conspired with Wellpath to initiate medical requested urine samples through MAT med participants circumventing inmates rights. Because the sherrifs department did not have a court order nor a warrant inmates are free to exercise their 4th & 5th ammendment protections. However, inmates participating in medically assisted treatment are required to provide urine samples to medical as a requirement of the program. Knowing this jail staff and Wellpath chose to violate inmates rights when they compelled Urine samples under duress of losing life altering medications to further the Sherrifs criminal inquiry. Medical upon reciept of these results forwarded said results to jail staff.

2 of 4

When Nurse (name unknown) came to the south annex to deliver inmates medications she started this day by reading from a contract stating that inmates must provide urine samples upon request or be subject to removal from their medications. She then asked "now who wants to refuse their UA". Note nurse (name unknown) read this in a room with multiple sheriffs deputies. Upon completion of this action instead of giving inmates cups to take urine samples she gave us opiate medications that enter the blood stream in 4 to 15 minutes. Mr. Brown after injesting his meds as he waited for it to absorb inquired if the UA's were to test for opiate levels and nurse (name unknown) stated yes and other drugs. The question here is why would staff ask inmates to injest a drug to test for prior to testing, unless they were only interested in "other drugs". Nurse (name unknown) stated that these were random and all MAT program participants were taking UA's. (This can all be verified by video and audio of the south annex on the night in question. Mr. Brown sent notice via kyte to admin asking to preserve all evidence related to the investigation as far as audio and video is concerned.)
Upon completion of the ingestion waiting period approx 7-10 minutes nurse (name unknown) removed unsealed cups from a medicine bag and asked inmates to enter their door and provide samples.

These bathrooms are covered in feces, urine, and chemicals and one bathroom has no place to set a lid that is the one Mr. Brown used. Mr. Brown provide a sample and returned it Inmate Jones and Green did also. Nurse a then returned to medical to perform a dip test. Then a strike team was sent in to shake down U dorm. No other inmates were tested for drugs via urine sample. However, Inmate Jones after failing to test positive for meth was forced to take a second UA. This would lead one to infer that medical wasn't testing for opiates only "other drugs". Furthermore, they would have had to get the information of suspected drug use from institutional staff because medical does not have access to security replays or investigation clearance. Also, Mr. brown and green were not allowed to give two samples because their tests came up positive for meth. Nurse (name unknown) found and confirmed her actual goal and proceeded to give that information to staff/the police officers. This information eventually resulted in a criminal questioning by Sherrifs detectives.

   After the results were found Mr. Brown and Green were taken to disciplinary housing. At no time did staff follow a chain of evidence nor did the send UA's in for lab confirmation.

Mr. Brown was also immediately removed from his life altering medications as punishment for allegations of using meth. No MAT participant in the community is subject to "cold turkey" removal of MAT meds for testing positive for meth. Actually, people who are actively using illicit drugs are weened on to subutex in the community. Wellpaths Health service administrator acknowledged this and stated "to outside MAT participants meth is easily available, in jail it is not". Wellpath did not ween Mr. Brown off subutex even though manufactures warnings state failing to do so could result in serious injury and/or death. Wellpath did not care and watched as Mr. Brown suffered acute opiod withdrawls resulting in 9 days suicide watch, 7 days not able to eat, extreme pain, chronic pain over a month later, insomnia that makes him cry almost every night. He still suffers to this day. Note the health service administrator response meets the 1st prong of Gordon. Mr. Browns continued suffering meets the second.

Wellpaths and the sherrifs office continually argue a contract however a contract may not impede ones civil rights. Also, Mr. Brown met his contract by providing a sample. If memory serves, Mr. Brown doesn't recall a stipulation that MAT med participants are removed for positive UA's?!

# LANE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### ADULT IN CUSTODY (AIC) GRIEVANCE FORM
*(If you need additional space to write, please attach a separate sheet.)*

AIC copy

3A01

GRIEVANCE CONTROL NUMBER 2023-164

AIC NAME: Brown James      AIC# 1048903      DATE 5-22-23   HOUSING LCCF

DECISION/ACTION THAT I AM GRIEVING: See Attached Filing against nurse (name unknown) medical, LCACF, LCSO 4 one sided shit Attached (and more)

I TRIED TO SOLVE THIS GRIEVANCE BY: explaining all facts at hearing

THE RESOLUTION I AM SEEKING IS: See Attached

AIC SIGNATURE: [signature]      DATE 5/29/23

RESPONSE FROM THE EMPLOYEE BEING GRIEVED: You signed a contract that said [illegible] to continually drug screens any time asked, that moving Bryan BTA was [illegible] [illegible] [illegible] both [illegible] [illegible] that you would obtain [illegible] at LCAC, [illegible] [illegible] or do a [illegible] in lieu of a termination of buprenorphine, and finally that stopping the medication [illegible] cause opiate withdrawal symptoms. Your UTox was positive for meth.

EMPLOYEE'S SIGNATURE [signature]      DATE 6-5-23

AIC: I HAVE REVIEWED THE EMPLOYEE'S RESPONSE AND:
(INITIAL ONE OF THE FOLLOWING)
___ I ACCEPT THE EMPLOYEE'S RESPONSE   _JB_ I REQUEST SUPERVISOR REVIEW   DATE 6/6/23

HEARING HELD: YES___  NO X   DATE_____ TIME_____
YOUR GRIEVANCE HAS BEEN REVIEWED AND I FIND: Mr. Brown the response above is accurate. To add to it, medical HAS do not have a "chain of evidence" and there is no reason to suspect that the bathroom floor or anything else would contaminate the inside of your cup. Custody staff were informed only because drugs inside the jail are a significant safety + security concern. To outside MAT participants [illegible] is easily available. In jail, it is not and you knew the risk to your participation.

SUPERVISOR SIGNATURE: ___Med HVA___   DATE 6/16-23

AIC: I HAVE REVIEWED THE SUPERVISOR'S RESPONSE AND:
(INITIAL ONE OF THE FOLLOWING)
___ I ACCEPT THE SUPERVISOR'S RESPONSE   _JB_ I REQUEST LIEUTENANT REVIEW   DATE 6/20/23

LIEUTENANT REVIEW: You tested positive for meth 2½ months after being lodged in LCC facility and admitted to using during [illegible] Mr. Hoskins, violating your MAT agreement. The above responses are reasonable.

LIEUTENANT SIGNATURE: Lt. [illegible]      DATE 6/22/23

M78-350      Revised 1/21

I am filing this grievance for removing me from the MAT program and subjecting me to considerable amounts of pain & suffering in violation of my 5th Amendment right.

Rights Violated
5th Amendment
14th Amendment
6th Amendment
8th Amendment

On or about 5/18/23 nurse (name unknown) came to the South Annex U dorm. She asked three detainees to come out for MAT meds. Upon arrival I noticed her one officer and two more officers standing near by. She suddenly pulled out a paper and said "I need to read this to you all to remind you that you are required to take a UA when asked or be subject to removal from the MAT Program". She then read this contract in front of everyone out loud. After she said "now who wants to refuse their UA" exact verbiage may be obtained from LCACF security footage of the event.

She then provided all three inmates with their MAT meds specifically subutex. To ingest.

2023-164

20 f 4

next inmates were given cups to take to the dorm and provide urine samples. Nurse (name unknown) did not observe the samples being provided. (note* All cups were not in sealed bags nor in a sanitary location. They were located in a med bag full of pills and medications.)

Nurse (name unknown) did not provide a sanitized space to provide samples. A jail dorm of 24 peoples bathroom is full of urine, feces, and a plethora of chemicals and other bodily fluids. There is also no place to set a cup or lid in the bottom bathroom (which I used) but the floor or the toilets (emphasis added) She then took the cups away. At no time did nurse(A)* ensure a chain of evidence. At no time did she think contamination or false positive. Nurse (A) new what she was there for before hand. Evidence of this is proven by her second sample taken from AIC Jones when he passed the first test. No other AIC's were provided this opportunity. The samples were also not sent to a lab to ensure accuracy. Nurse C then took the results to institution staff to give them the results because the institution knows full well that UA's can only be requested by staff with a court order. This violates medical privacy at its finest.

See sgts' decision from MR hearing as evidence. he states "Brown's arguments about evidence procedure, while likely accurate for a probation sanction or criminal prosecution, hold no weight in this administrative disciplinary process."

I was then taken to another section of the jail and immediately placed on disciplinary housing. Medical took me off subutex without weening me off so I would suffer the full effects of opiate withdrawls minus tylenol. I am still suffering with no feeling in my right thumb, pointer, and middle fingers. Modified custody to med. 3. Loss of job. 7 days/du. lack of energy and desire

Nurse (name unknown) Also reffered to as Nurse (A) also claimed these UA's to be random when in fact they were not. She also claimed all MAT med participants were taking them however the third floor did not. A "strike team" was waiting as well with staff on the ready to shake down our dorm upon results. See staff overtime for that night and justification. This was all planned. Finally Nurse (A) and medical made the decision to remove me from subutex solely on the fact that I'm in custody. No people participating in MAT outside of jail get taken off for testing positive for meth. For those reasons I seek $100,000 in physical damages immediately put back on subutex. Full training of medical staff on AIC's rights detainee vs sentenced. Or Immediate release from custody not to be re taken as soon as I step outside. See case precedent. State v Moore Oct 31 2011 Oregon court of Appeals Oregon Const Art / 39

US court    Gerson v Caughras Orange

Violations

Coerced UA sample   see State v Moore Oct 31 2011
Equal protection · right to presumption of innocence.
medical privacy violations
medical decision based solely on being incarcerated
Cruel & unusual.


Med. Conditions
PTSD diagnosed
Panic dissorder diagnosed
Anxiety dissorder diagnosed
Opiate Addiction diagnosed


\* plantiff reserves the right to seek punitive damages at trial